FILED

AUG 04 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| HALEY TOCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO.,<br><br>    Defendant. | No. CV 17-28-BU-SEH<br><br>**ORDER** |

On June 20, 2017, the Court set a preliminary pretrial conference for August 9, 2017.[1] The June 20, 2017, Order requires each party to file a preliminary pretrial statement, addressing with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).[2] The preliminary pretrial statements filed on July 31, 2017, fail to comply with the Court's June 20, 2017, Order.

Deficiencies in the July 31, 2017, preliminary pretrial statements include:

1. Plaintiff's Preliminary Pretrial Statement[3] does not address the

---

[1] Doc. 4.

[2] Doc. 4 at 3.

[3] Doc. 9.

matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's June 20, 2017, Order.

2. Defendant State Farm Automobile Insurance Company's Preliminary Pretrial Statement[4] does not: (a) include the city and state of residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J); or (b) address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's June 20, 2017, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1 and 2 above shall be filed on or before August 8, 2017.

DATED this 4th day of August, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 10.