IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
MAR 22 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| HALEY TOCHER, | CV-17-28-BU-SEH |
| Plaintiff, | |
| -vs- | ORDER OF DISMISSAL WITH PREJUDICE |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | |
| Defendant. | |

A Stipulation For dismissal with Prejudice having been filed with the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice, with each party to bear their respective fees and costs.

Dated this 22nd day of March, 2018.

SAM E. HADDON
United States District Judge